ntchrg (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Texas Rangers Baseball Partners | § § § § § § § § § | |
| Debtor(s) | | Case No.: 10–43400–dml11<br>Chapter No.: 11 |
| RTKL Associates, Inc. et al. | | |
| Plaintiff(s) | | Adversary No.: 10–04263–dml |
| vs.<br>Texas Rangers Baseball Partners et al. | | |
| Defendant(s) | | |

## NOTICE SETTING HEARING

A hearing has been set in the U.S. Bankruptcy Court for **December 6, 2010** at **10:30 AM** before the Honorable D. Michael Lynn at 501 W. Tenth, Room 128, Ft. Worth, TX 76102 to consider

Complaint: Nature(s) of suit: 01 (Determination of removed claim or cause).

DATED: November 8, 2010         FOR THE COURT:
                                Tawana C. Marshall, Clerk of Court

                                by: /s/J. Calfee, Deputy Clerk