Lewis T. LeClair
State Bar No. 12072500
Brett Charhon
State Bar No. 24040674
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

-and-

Basil A. Umari
State Bar No. 24028174
MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

ATTORNEYS FOR THE HICKS DEFENDANTS[1]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | § § | |
| TEXAS RANGERS BASEBALL PARTNERS, | § § § | Case No. 10-43400 (DML) |
| Debtor | § § | Chapter 11 |
| | § | |
| RTKL ASSOCIATES, INC. and VRATSINAS CONSTRUCTION COMPANY | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Adversary No. 10-4263 |
| TEXAS RANGERS BASEBALL PARTNERS, et al.[2] | § § | |
| Defendants. | § | |

---

[1] Arlington Devco, LLC, Arlington Interest, L.P., Ballpark Real Estate, L.P., Hicks Glorypark, LLC, Hicks Holding, LLC, HSG Partnership Holdings, LLC, Southwest Sports Realty Partners, L.P., SSR GP Interests, L.P., and SWS Realty, LLC

[2] Defendants are: Texas Rangers Baseball Partners; HSG Partnership Holdings LLC; Hicks Holdings LLC; Hicks Glorypark, LLC; SEC of Ohio, Inc. (d/b/a Steiner + Associates, Inc.); Ballpark Real Estate, LP; SSR GP Interests, LP; SWS Realty, LLC; Arlington Interests, LP; Arlington Devco, LLC; Southwest Sports Realty Partners, LP; Texas Rangers Baseball Partners (in its capacity as post-effective date debtor under the confirmed Fourth Amended Plan of Reorganization, by and through its plan administrator); Rangers Baseball Express LLC; and Rangers Baseball LLC.

## THE HICKS DEFENDANTS' STATEMENT PURSUANT TO
## BANKRUPTCY RULE 9027(e)(3) CONCERNING REMOVAL

Arlington Devco, LLC, Arlington Interest, L.P., Ballpark Real Estate, L.P., Hicks Glorypark, LLC, Hicks Holding, LLC, HSG Partnership Holdings, LLC, Southwest Sports Realty Partners, L.P., SSR GP Interests, L.P., and SWS Realty, LLC (collectively, the "Hicks Defendants") file this Statement Pursuant to Bankruptcy Rule 9027(e)(3) Concerning Removal (the "Statement") in response to the Notice of Removal (the "Notice of Removal") filed by Rangers Baseball Express, LLC and Baseball Express LLC (the "Baseball Express Defendants"), and would show the Court as follows:

### STATEMENT CONCERNING REMOVAL

1. The Hicks Defendants deny that the allegation in Paragraph 7 of the Notice of Removal that this adversary proceeding constitutes a "core proceeding" with respect to the claims against the Hicks Defendants within the meaning of 28 U.S.C. § 157.

2. The Hicks Defendants do not consent to entry of final orders or judgments by the Bankruptcy Court nor waive their right to trial by jury; further, the Hicks Defendants reserve their right to request remand or withdrawal of the reference to allow the trial of this case by jury.

3. Hicks Defendants are not required to admit or deny any other allegation in the Notice of the Removal. Nothing herein shall constitute an admission to any other allegation in the Notice of Removal.

Dated: November 22, 2010.

        Respectfully submitted,

        McKOOL SMITH P.C.

        By:   */s/ Basil A. Umari*
            Lewis T. LeClair
            State Bar No. 12072500
            Brett Charhon
            State Bar No. 24040674
            McKool Smith P.C.
            300 Crescent Court, Suite 1500
            Dallas, Texas 75201
            Telephone: (214) 978-4000
            Facsimile: (214) 978-4044

            -and-

            Basil A. Umari
            MCKOOL SMITH P.C.
            600 Travis, Suite 7000
            Houston, Texas 77002
            Telephone: (713) 485-7300
            Facsimile: (713) 485-7344

            600 Travis, Suite 7000
            Houston, Texas 77002
            Telephone: (713) 485-7300
            Facsimile: (713) 485-7344

        ATTORNEYS FOR THE HICKS DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2010, a true and correct copy of the foregoing document has been served upon all parties to this adversary proceeding via the ECF system.

        */s/ Basil A. Umari*
        Basil A. Umari