U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed November 30, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TEXAS RANGERS BASEBALL PARTNERS, | § | Case No. 10-43400-DML |
| | § | |
| Debtor. | § | |
| | § | |
| RTKL ASSOCIATES, INC. and | § | |
| VRATSINAS CONSTRUCTION COMPANY, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 10-4263 |
| | § | (Removed Action) |
| TEXAS RANGERS BASEBALL PARTNERS, | § | |
| HSG PARTNERSHIP HOLDINGS LLC, | § | |
| HICKS HOLDINGS LLC, HICKS GLORYPARK, | § | |
| LLC, SEG OF OHIO, INC. D/B/A STEINER + | § | |
| ASSOCIATES, INC., BALLPARK REAL | § | |
| ESTATE LP, SSR GP INTERESTS, LP, SWS | § | |
| REALTY, LLC, ARLINGTON INTERESTS, LP, | § | |
| ARLINGTON DEVCO, LLC, SOUTHWEST | § | |

| | |
|---|---|
| SPORTS REALTY PARTNERS, LP, TEXAS RANGERS BASEBALL PARTNERS IN ITS CAPACITY AS POST-EFFECTIVE DATE DEBTOR UNDER THE CONFIRMED FOURTH AMENDED PLAN OF REORGANIZATION BY AND THROUGH ITS PLAN ADMINISTRATOR, RANGERS BASEBALL EXPRESS LLC, and RANGERS BASEBALL, LLC, <br><br>      Defendants. | § § § § § § § § § § § |

**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On November ____, 2010, the Court considered the Defendant Texas Rangers Baseball Partners' ("TRBP") Unopposed Motion for Withdrawal and Substitution of Counsel.

The Court finds that TRBP approves the substitution and that the substitution is not sought for delay only.

IT IS THEREFORE ORDERED that T. Ray Guy, Liani Kotcher, and John T. O'Connor of Weil Gotshal & Manges, LLP are discharged as attorneys of record and the following attorneys are substituted as attorneys of record for TRBP:

    Phil C. Appenzeller, Jr.
    State Bar No. 24003710
    E. Lee Morris
    State Bar No. 00788079
    Devon D. Sharp
    State Bar No. 24060593

    MUNSCH HARDT KOPF & HARR, P.C.
    3800 Lincoln Plaza
    500 N. Akard Street
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

### END OF ORDER ###